**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ROBERT FERRO,** | ) |
|     **Plaintiff,** | ) No. CV 09-00475TJH (AJW) |
|     vs. | ) |
| **LINDA SANDERS and DR. GIRON,** | ) **J U D G M E N T** |
|     **Defendants.** | ) |

    **IT IS ADJUDGED** that this action is dismissed without prejudice.

October 18, 2010

_____
TERRY J. HATTER, JR.
United States District Judge